LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
336 Bon Air Center, #251
Greenbrae, CA 94904
Tel: 415.793.3542
Email: lgt@lgt-law.com

Attorney for Plaintiff
DAVID OPPENHEIMER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID OPPENHEIMER, an individual,

Plaintiff,

v.

MARY ANN WALLACE dba HOMES BY WALLACE, KRISTEN WALLACE dba HOMES BY WALLACE, COMPASS CALIFORNIA II, INC., a California Corporation,

Defendants.

Case No. 4:26-cv-02453-EKL

**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff David Gordon Oppenheimer and Defendants Mary Ann Wallace dba Homes By Wallace, Kristen Wallace dba Homes By Wallace, and Compass California II Inc. ("Defendants"), by and through their attorneys, hereby stipulate pursuant to Rule 41(a) of the Federal Rule of Civil Procedure that the entire civil action may be and is hereby dismissed with prejudice, with each party bearing that party's fees and costs of suit.

Dated: August 27, 2026

LAW OFFICES OF LAWRENCE G. TOWNSEND

_s/Lawrence G. Townsend_
Lawrence G. Townsend
Attorney for Plaintiff
DAVID OPPENHEIMER

Dated: August 28, 2026

LATHROP GPM LLP

_s/Dinah X. Ortiz_
Dinah X. Ortiz
Attorneys for Mary Ann Wallace and Kristen Wallace

Dated: August 28, 2026

COMPASS, INC.

_/s/ Marrianne Taleghani_
Marrianne Taleghani
Attorney for Compass California II Inc.

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, Lawrence G. Townsend, attest to the concurrence in the filing of this Stipulation has been obtained from the signatories, Dinah Ortiz and Marriane Taleghani, counsel for Defendants.

Dated: August 27, 2026

_/s/Lawrence G. Townsend_
Lawrence G. Townsend

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation of the parties, and Rule 41(a), IT IS HEREBY ORDERED that the entire action herein be, and hereby is, DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Dated: September 10 , 2026

Eumi K. Lee
UNITED STATES DISTRICT COURT JUDGE